Leslie R. Weatherhead
Jody M. McCormick
Tracy N. LeRoy
Witherspoon, Kelley, Davenport & Toole, P.S.
422 W. Riverside, Suite 1100
Spokane, WA 99201
(509) 624-5265
Attorneys for Sterling Savings Bank

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STERLING SAVINGS BANK, a Washington state-chartered savings and loan association,<br><br>     Plaintiff,<br><br>vs.<br><br>TEAM NORTHWEST AUTOMOTIVE, LLC, an Oregon limited liability company, MURRAY DOUGLAS ETHERIDGE and MARCIA L. ETHERIDGE, husband and wife, SUNSET AUTOMOTIVE PARTNERS, LLC, an Oregon limited liability company, and KERRY CHIMIENTI, an individual,<br><br>     Defendants. | No. CV-05-0076-JLQ<br><br>TEMPORARY RESTRAINING ORDER |

This matter came before the Court for hearing on June 24, 2005, on Plaintiff Sterling Saving Bank's *ex parte* Motion for Temporary Restraining Order and/or Preliminary Injunctive Relief (the "Motion"). The Court finds:

**ORDER RE MOTION FOR SECOND TEMPORARY RESTRAINING ORDER -** 1

WITHERSPOON. KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1.  Absent ex parte hearing and the requested injunctive relief, Plaintiff may suffer irreparable injury;

2.  Plaintiff is likely to succeed on the merits;

3.  The requested relief will not unduly prejudice Defendants or any other person;

IT IS THEREFORE ORDERED:

1.  Plaintiff's Motion is granted;

2.  Defendants Etheridge and Team Northwest and/or their agents (to include Sunset and Chiementi) or employees and any other person or entity having notice of this order are enjoined from transferring or permitting any other person to transfer, any funds from any bank account owned or controlled by Defendants Etheridge, Team Northwest, Sunset and/or Tualatin Valley Chevrolet, individually or collectively, located at U.S. Bank N.A.;

3.  Plaintiff shall file a bond in the amount of $18,000..

4.  This matter will be heard to determine whether continued injunctive relief is appropriate on Friday, July 1, 2005, at 2 p.m..

IT IS SO ORDERED.

DONE IN OPEN COURT this 24th day of June, 2005.

           s/ Justin L. Quackenbush
           Justin L. Quackenbush
   Senior Judge, United States District Court

Presented by:

_____

**ORDER RE MOTION FOR SECOND TEMPORARY RESTRAINING ORDER - 2**

WITHERSPOON. KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1 | LESLIE R. WEATHERHEAD, WSBA#11207
JODY M. McCORMICK, WSBA # 26351
2 | TRACY N. LeROY, WSBA # 36155
Witherspoon, Kelley, Davenport & Toole, P.S.
3 | 1100 U.S. Bank Building
422 West Riverside Avenue
4 | Spokane, Washington 99201-0302
Telephone: 509/624-5265
5 | Fax: 509/458-2728
6 | Attorneys for Plaintiff Sterling Savings Bank

**ORDER RE MOTION FOR SECOND**
**TEMPORARY RESTRAINING ORDER - 3**

WITHERSPOON. KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265