UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STERLING SAVINGS BANK, a Washington state-chartered savings and loan assoication,<br><br>Plaintiff,<br>v.<br><br>TEAM NORTHWEST AUTOMOTIVE, LLC, an Oregon limited liability company, MURRAY ETHERIDGE and MARCIA ETHERIDGE, husband and wife, SUNSET AUTOMOTIVE PARTNERS, LLC, an Oregon limited liability company, and KERRY CHIMIENTI,<br><br>Defendants. | No. CV-05-0076-JLQ<br><br>ORDER GRANTING PRELIMINARY INJUNCTIVE RELIEF |

A temporary restraining order (Ct. Rec. 41) was entered by this court on June 24, 2005, with the date of July 1, 2005 set to determine if continued injunctive relief is necessary. Plaintiff is represented by **Leslie Weatherhead**. Defendants Murray and Marcia Etheridge are proceeding *pro se* but were represented by **Howard Levine**, who appeared telephonically, for the limited purpose of this hearing.

The court finds: 1) absent the requested injunctive relief, Plaintiff may suffer irreparable injury; 2) Plaintiff is likely to succeed on the merits; and 3) the requested relief will not unduly prejudice Defendants or any other person. Accordingly,

**IT IS HEREBY ORDERED**:

1. Plaintiff's Request for continued injunctive relief (Ct. Rec. 37) is **GRANTED.**

2. Defendants Murray and Marcia Etheridge, Team Northwest and/or their agents (to include Sunset Automotive and Chimienti) or employees and any other person or entity having notice of this order are enjoined from transferring or permitting any other person or entity having notice of this order are enjoined from transferring or permitting any other

ORDER - 1

person to transfer, any funds from any bank account owned or controlled by Defendants Etheridge, Team Northwest, Sunset Automotive, and/or Tualatin Valley Chevrolet, individually or collectively, located at U.S. Bank N.A..

3. This preliminary injunction will remain in effect until further Order of this Court.

4. The bond posted at the time of the issuance of the temporary restraining order shall remain in place.

**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and furnish copies to counsel.

DATED this 1st day of July, 2005.

s/ Justin L. Quackenbush

JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE