UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

STERLING SAVINGS BANK, a Washington state-chartered savings and loan association,

    Plaintiff,

vs.

TEAM NORTHWEST AUTOMOTIVE LLC, and Oregon limited liability company, SUNSET AUTOMOTIVE PARTNERS, LLC, and Oregon limited liability company, et al,

    Defendants.

No. CV-05-0076-JLQ

ORDER GRANTING MOTION FOR ENTRY OF JUDGMENTS AND DIRECTING ENTRY OF JUDGMENTS AGAINST TEAM NORTHWEST AND SUNSET AUTOMOTIVE PARTNERS

    On October 31, 2005, the Plaintiff filed its Motion For Default Judgment against Team Northwest and Sunset Automotive Partners (C.R. 71). On November 7, 2005, this court entered its Order directing the Plaintiff to serve affidavits in accordance with Local Rule 55.1(b). An unsworn Declaration of Edward Orozco was filed on December 1, 2005. The court called the attention of counsel for the Plaintiff to the insufficiency of that unsworn Declaration. Thereafter, On December 21, 2005 a Supplemental Declaration of Mr. Orozco under the pains and penalties of perjury was filed and the court finds that sworn Declaration and the contents thereof to comply with Local Rule 55.1(b). The Plaintiff's Motion For Entry of Judgment (C.R. 71) is GRANTED.

    Based upon the foregoing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Clerk of this court shall enter judgment in favor of the Plaintiff against Sunset Automotive Partners, LLC, an Oregon limited liability company in the

ORDER - 1

amount of $500,000.00.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk of this court shall entered judgment in favor of the Plaintiff against Team Northwest Automotive, LLC, an Oregon limited liability company in the amount of $2,623,783.69. In addition the judgment against Team Northwest Automotive, LLC, shall provide:

1. Plaintiff's security interest in the Collateral subject to its Security Agreement as described in the Complaint herein is hereby adjudged a first and paramount lien on Team Northwest Automotive's inventory, chattel pater, accounts and general intangibles. Team Northwest Automotive's interest in said Collateral is foreclosed and the Plaintiff may dispose of said Collateral in a commercially reasonable manner according to the terms of the Security Agreement.

2. Should any deficiency remain after application of the proceeds of sale of Collateral, execution may be issued for any such deficiency against Team Northwest Automotive.

3. Plaintiff shall file partial satisfactions of judgment as it executes and recovers from any Defendant found responsible for the monies owing to Plaintiff herein.

The Clerk of this court shall enter this Order, enter judgments as provided herein, and forward copies to counsel.

**DATED** this 23rd day of December 2005.

s/ Justin L. Quackenbush<br>
JUSTIN L. QUACKENBUSH<br>
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2